IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES M. BROADHEAD, | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 10-0012-WS-C |
| NURSE MIXON, et al., | : |
| Defendants. | : |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court. It is ORDERED that this action be and is hereby dismissed without prejudice.

DONE this 29th day of March, 2010.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE